# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MD MAHBUBUR RAHMAN,<br><br>     Petitioner,<br><br>  v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>     Respondent. | NO. C09-1281-TSZ-JPD<br><br>REPORT AND RECOMMENDATION |

  On September 10, 2009, petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Dkt. No. 6.) On October 22, 2009, however, respondent filed a Return and Motion to Dismiss along with documentation, indicating that on October 20, 2009, petitioner's application for asylum was granted and he was released from ICE custody. (Dkt. Nos. 9 and 10.) Respondent asserts that because petitioner has been accorded all the relief sought in his habeas petition – release from detention – his Petition for Writ of Habeas Corpus is now moot and should be dismissed. (Dkt. No. 9.)

  For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002).

REPORT AND RECOMMENDATION - 1

"When a controversy no longer exists, the case is moot." *Id*. Because petitioner is no longer detained by ICE, the Court finds that petitioner's habeas petition should be dismissed as moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe). Accordingly, I recommend that this action be dismissed. A proposed Order accompanies this Report and Recommendation.

DATED this 23rd day of October, 2009.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2