# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MD MAHBUBUR RAHMAN,<br><br>            Petitioner,<br><br>   v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>            Respondent. | NO. C09-1281-TSZ-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss, the Report and Recommendation* of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 6) is DENIED, respondent's motion to dismiss (Dkt. No. 9) is GRANTED, and this action is DISMISSED with prejudice; and

    (3)    The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

///
///
///
///

ORDER OF DISMISSAL - 1

DATED this 30th day of November, 2009.

*signature*

Thomas S. Zilly
United States District Judge

*Petitioner was released from custody, and the copies of the Report and Recommendation and related materials that were mailed to petitioner at the Northwest Detention Center were returned as undeliverable. <u>See</u> docket no. 14. Petitioner did not provide the Court with updated contact information and did not file any objections to the Report and Recommendation.

ORDER OF DISMISSAL - 2